CHARLOTTE ROSEN v. SURF REALTY CO.

November 10, 1980.

Petition for certification denied.

IN THE MATTER OF THE ADOPTION OF A CHILD BY
P. T. AND L. T.

November 10, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. LENA R. AVERSANO.

November 10, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. RENE TELLIER.

November 10, 1980.

Petition for certification denied.